```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


SCHOOL BOARD OF THE PARISH                    CIVIL ACTION
OF ST. CHARLES

VERSUS                                        NO: 04-2511


SHELL OIL COMPANY, ET AL.                     SECTION: "J" (1)
```

### ORDER AND REASONS

Before the Court are defendants' Motion in Limine to Exclude Testimony of Joe David Capers (Doc. 132) and Motion in Limine to Exclude Testimony of Dr. Paul Templet (Doc. 134). The motions are opposed. For the following reasons the Court finds that the motions should be DENIED.

### DISCUSSION

The purpose of *Daubert* is "to ensure that only reliable and relevant expert testimony is presented to the jury." *Rushing v. Kansas City Southern Ry. Co.*, 185 F.3d 496, 506 (5th Cir. 1999) (superseded by rule on other grounds), citing *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 590-93 (1993). Thus, "[m]ost of the safeguards provided for in *Daubert* are not as essential in a case such as this where a district judge sits as

the trier of fact in place of a jury." *Gibbs v. Gibbs*, 210 F.3d 491, 500 (5th Cir. 2000). "*Daubert* requires a binary choice--admit or exclude--and a judge in a bench trial should have discretion to admit questionable technical evidence, though of course he must not give it more weight than it deserves." *SmithKline Beecham Corp. v. Apotex Corp.*, 247 F. Supp. 2d 1011, 1042 (N.D.Ill. 2003).

Given that this case is set for bench trial, and thus that the objectives of *Daubert*, upon which these motions are premised, are no longer implicated, the Court finds that the motions in limine to exclude expert testimony should be denied at this time. Following the introduction of the alleged expert testimony at trial, the Court will either exclude it at that point, or give it whatever weight it deserves. Plaintiff can decide whether it will pay for expertise that may be of limited value.

**IT IS ORDERED** that defendants' Motion in Limine to Exclude Testimony of Joe David Capers (Doc. 132) and Motion in Limine to Exclude Testimony of Dr. Paul Templet (Doc. 134) are **DENIED**.

New Orleans, Louisiana this the 7th day of March, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2