UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SCHOOL BOARD OF THE PARISH OF                CIVIL ACTION
ST. CHARLES

VERSUS                                       NO: 04-2511

SHELL OIL COMPANY                            SECTION: "J" (1)

### ORDER

Before the Court is Plaintiff's Motion to Alter or Amend Judgment or Alternatively for a New Trial. (Rec. Doc. 233). For the reasons below, Plaintiff's Motion is **DENIED**.

"A Rule 59(e) motion 'calls into question the correctness of a judgment.' [The Fifth Circuit Court of Appeals] has held that such a motion is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered or raised before the entry of judgment. Rather, Rule 59(e) 'serve[s] the narrow purpose of allowing a party to correct manifest errors of law or fact or to present newly discovered evidence.' Reconsideration of a judgment after its entry is an extraordinary remedy that should be used sparingly."

*Templet v. HydroChem Inc.*, 367 F.3d 473, 478-79 (5th Cir. 2004) (citations omitted). This Court may properly decline to consider new arguments or new evidence on reconsideration where those arguments were available to the movant prior to the order. *Id.*

Plaintiff's motion merely restates many of the arguments Plaintiff made at trial.  A motion for a New Trial is not the place to relitigate old issues.  The mere fact Plaintiff disagrees with this Court's ruling is not grounds for a Motion for a New Trial.  *See United States v. Moyo*, No. 07-7229, 2008 WL 695249 (E.D. La. Mar. 12, 2008); *Henson v. Odyssea Vessels, Inc.*, No. 07-613, 2008 WL 89513 (E.D. La. Jan. 7, 2008); *F.D.I.C. v. Cage,* 810 F. Supp. 745, 747 (S.D. Miss. 1993).  Accordingly,

Plaintiff's Motion to Alter or Amend Judgment or Alternatively for a New Trial (Rec. Doc. 233) is **DENIED**.

New Orleans, Louisiana this the 2nd day of June, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE